UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMATULLAH SULIMANKHEL,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY, et al.,<br><br>Respondents. | Case No.: 26-cv-2042-JES-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 6]** |

Before the Court is Petitioner Esmatullah Sulimankhel's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed on March 30, 2026. ECF No. 1. Upon review of the petition, the Court conditionally appointed the Federal Defenders of San Diego as counsel for Petitioner. ECF No. 2. Federal Defenders accepted the representation (ECF Nos. 4-5), and on April 15, 2026, filed an Amended Petition for Writ of Habeas Corpus. ECF No. 6. This petition is now the operative petition in this matter.

In the Amended Petition, Petitioner alleges that he was ordered removed to Afghanistan on September 26, 2025. ECF No. 6 at 2. He argues that Immigration and Customs Enforcement ("ICE") is unable to remove him because the Taliban-led government of Afghanistan refuses to cooperate with the United States and has not been accepting Afghan nationals from the United States. *Id.* Under *Zadvydas v. Davis*, 533 U.S. 678 (2001), Petitioner states that the presumptive valid six months period of removal ended

1

by April 26, 2026. *Id.* at 8. Thus, Petitioner argues that he is entitled to release under *Zadvydas*.

Pursuant to the Court's Order to Show Cause (ECF No. 7), Respondents filed a return to the petition, stating that they are "unable to ascertain sufficient facts at this time to establish that there is a significant likelihood of removal in the reasonably foreseeable future." ECF No. 8 at 2. Thus, they acknowledge that Petitioner is entitled to be released from custody subject to conditions of supervision at this time. *Id.*

Accordingly, the Court **GRANTS** the Amended Petition. Respondents are **ORDERED** to immediately release Petitioner from custody, subject to reasonable conditions of supervision. The Parties are **ORDERED** to file a Joint Status Report no later than **5:00 p.m.** on **May 6, 2026**, confirming that the Petitioner has been released. The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: May 1, 2026

Honorable James E. Simmons Jr.
United States District Judge